**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TYLON LARRICE NEWCOMB,

      Plaintiff,

      v.

CITY OF ANOKA, SGT. DAVID
HUTCHINSON, *in their individual and
official capacities*, OFC. CANON YANG,
*in their individual and official capacities*,
OFC. ANDREW CARLSON, *in their
individual and official capacities*, OFC.
JORDAN TRAMMEL, *in their individual
and official capacities*, and CAROLINE
PRUTER, *in their individual and official
capacities*,

      Defendants.

Case No. 16-CV-811 (JNE/FLN)
**ORDER**

This matter is before the Court on a Report and Recommendation ("R&R") issued by the

Honorable Franklin L. Noel, United States Magistrate Judge, on January 10, 2017. (Docket No.

49.) The R&R recommends denying Plaintiff Tylon Larrice Newcomb's motion for default

judgment (Dkt No. 18). Neither party objected to the R&R. Nevertheless, the Court conducted a

de novo review of the record. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR

72.2(b)(3). Based on that review, the Court accepts the R&R's recommended disposition.

      Therefore, IT IS ORDERED THAT:

    1.    Plaintiff Tylon Larrice Newcomb's motion for default judgment [Dkt No.
         18] is DENIED.

Dated: February 3, 2017.

                            s/Joan N. Ericksen
                            JOAN N. ERICKSEN
                            United States District Judge